UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MANUEL GARCES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>J. PICKETT, et al.,<br><br>　　　　Defendants. | No. 2:17-cv-0319 JAM AC P<br><br><br><br>ORDER |

Plaintiff has filed a motion for an extension of time to file objections to the findings and recommendations filed September 28, 2018. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 25) is granted.

2. Plaintiff shall have thirty days from the date of this order in which to file objections to the September 28, 2018 findings and recommendations.

DATED: October 26, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE