UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS MANUEL GARCES,

Plaintiff,

v.

J. PICKETT, et al.,

Defendants.

No.  2:17-cv-0319 JAM AC P

ORDER

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 28, 2018, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days.  ECF No. 21.  Plaintiff has filed objections to the findings and recommendations.  ECF No. 28.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

2

1. The findings and recommendations filed September 28, 2018 (ECF No. 21), are

3

adopted in full; and

4

2. Plaintiff's property and grievance claims and defendants Barton, Schaake, Hurbert,

5

Lopez, Briggs, and Voong are dismissed without leave to amend.

6

7

DATED: December 10, 2018

8

/s/ John A. Mendez

9

UNITED STATES DISTRICT COURT JUDGE