UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS MANUEL GARCES,

        Plaintiff,                No. 2:17-cv-0319 JAM AC P

vs.

J. PICKETT, et al.,

        Defendants.        **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Luis Manuel Garces, inmate #V-47652, a necessary and material participant in proceedings in this case on May 20, 2019, is confined in California Men's Colony, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court, before Magistrate Kendall J. Newman, 8th Floor, Courtroom 25, United States District Courthouse, 501 I Street, Sacramento, California on May 20, 2019, at 1:30 p.m.

ACCORDINGLY, IT IS ORDERED that:

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to appear in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

    3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison - Sacramento.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of California Men's Colony P.O. Box 8101, San Luis Obispo, California 93409-8101:**

    **WE COMMAND** you to produce the inmate named above to appear before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: April 4, 2019

                                                    */s/ Allison Claire*
                                                    ALLISON CLAIRE
                                                    UNITED STATES MAGISTRATE JUDGE