UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MANUEL GARCES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. PICKETT, et al.,<br><br>　　　　Defendants. | No. 2:17-cv-0319 JAM AC P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed a memorandum in response to defendants' motion for summary judgment. ECF No. 61. However, defendants have not yet filed such a motion.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to strike plaintiff's memorandum (ECF No. 61).

DATED: April 26, 2019

　　　　　　　　　　　　　　　　　　　/s/ Allison Claire
　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE