UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MANUEL GARCES,<br><br>    Plaintiff,<br><br>    v.<br><br>J. PICKETT, et al.,<br><br>    Defendants. | No. 2:17-cv-0319 JAM AC P<br><br><br>ORDER |

    Plaintiff, a state prisoner proceeding pro se, has filed a motion for a court order directing the defendants to provide him with his legal work. ECF No. 64. In the motion, plaintiff states that he was transferred to a new prison on April 24, 2019, and is currently without his legal paperwork, though he has been told that it should arrive after ten days or after he is seen by the committee. Id. at 1-2. The motion is dated April 28, 2019. Id. at 2.

    It appears that plaintiff's legal property will be released to him shortly, if it has not already been released. The motion will therefore be denied. Should plaintiff require additional time to meet any deadline due to the delay in receiving his property, he should file a motion for extension of time explaining what deadlines he needs extended, how long of an extension he needs, and why he needs the extension. Plaintiff may also renew his motion for the return of his property if the prison continues to withhold it.

////

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for a court order (ECF No. 64) is denied.

DATED: May 8, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE