UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MANUEL GACRES, | No. 2:17-cv-00319 JAM AC P |
| Plaintiff, | |
| v. | ORDER |
| J. PICKETT, et al., | |
| Defendants. | |

Plaintiff has filed a request to stay the deadline for responding to defendants' motion for judgement on the pleadings (ECF No. 85), which the court will construe as a request for an extension of time. Plaintiff asserts that he has been separated from his legal paperwork and has been unable to access the law library. Id. The court notes that the documents plaintiff has attached indicate that he has been added to the waitlist to receive access to the law library, though only as a general user, and that he has requested access to his paperwork, but is still awaiting a response. Id. at 4-5. Good cause appearing, the court will grant the request for additional time. Should plaintiff continue to experience delays in accessing the law library and his legal paperwork, he may seek a further extension of time.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 85) is granted.

////

2. Plaintiff shall have 30 days from the date of this order in which to file an opposition to defendants' motion for judgement on the pleadings.

DATED: July 15, 2019

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE