1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    LUIS MANUEL GARCES,                        No.  2:17-cv-0319 JAM AC P

12                    Plaintiff,

13            v.                                 ORDER

14    J. PICKETT, et al.,

15                    Defendants.

16

17        Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C.

18    § 1983, has filed a motion for an extension of time to respond to defendants' motion for judgment

19    on the pleadings.  ECF No. 93.  He was previously warned that no further extensions of time

20    would be granted.  ECF No. 92.

21        In the motion, plaintiff asserts that on September 11, 2019, he made three copies of his

22    opposition and submitted them to the law librarian for mailing to the court and defendants'

23    counsel.  ECF No. 93 at 2.  He further alleges that his opposition was seized by prison officials

24    after the librarian deposited the envelope for mailing.  Id. at 8.  It is not clear whether plaintiff

25    was notified that his opposition was seized or whether he is assuming that it was because it was

26    not received by the court.  In light of the allegations, defendants will be required to respond to the

27    motion.

28    ////

1

1    Accordingly, IT IS HEREBY ORDERED that within fourteen days of the filing of this

2    order, defendants shall respond to the allegations in plaintiff's motion for an extension of time

3    that his opposition was seized by prison staff (ECF No. 93).

4    DATED: November 13, 2019

5    _____
     ALLISON CLAIRE
6    UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28