UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MANUEL GARCES, | No. 2:17-cv-0319 JAM AC P |
| Plaintiff, | |
| v. | ORDER |
| J. PICKETT, et al., | |
| Defendants. | |

Plaintiff has filed two motions seeking an extension of time to file a response to defendants' objections to the March 30, 2020 findings and recommendations. ECF Nos. 108, 109. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motions for an extension of time, ECF No. 108, 109, are granted.

2. Plaintiff shall have fourteen days from the service of this order in which to file his response to defendants' objections.

DATED: May 12, 2020

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE