UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MANUEL GARCES,<br><br>  Plaintiff,<br><br>  v.<br><br>J. PICKETT, et al.,<br><br>  Defendants. | No.  2:17-cv-0319 JAM AC P<br><br><br>ORDER |

     Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

     On March 30, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days.  ECF No. 105.  Both parties have filed objections to the findings and recommendations.  ECF Nos. 106, 107.

     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 30, 2020 (ECF No. 105), are adopted in full;

2. Defendants' motion for judgment on the pleadings (ECF No. 66) is denied; and

3. The grievance and property claims against defendants Pickett and Chapman are dismissed without leave to amend for the reasons set forth in Section V of the screening order (ECF No. 21 at 4-6).

DATED: June 22, 2020

/s/ John A. Mendez_____ _____

UNITED STATES DISTRICT COURT JUDGE