IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LUIS MANUEL GARCES,** | Case No. 2:17-cv-00319 JAM AC P |
| Plaintiff, | ~~[PROPOSED]~~ ORDER |
| v. | |
| **J. PICKETT, et al.,** | |
| Defendants. | |

On July 20, 2020, Defendants moved for an extension of time, up to and including August 6, 2020, to serve responses to Plaintiff's pending requests for production of documents, dated April 16, 2019.

**GOOD CAUSE APPEARING,**

Defendants' motion for an extension of time to serve responses to Plaintiff's pending requests for production of documents is **GRANTED**. Defendants shall serve responses to Plaintiff's pending requests for production of documents, dated April 16, 2019, on or before August 6, 2020.

DATED: July 21, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE