IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MANUEL GARCES,<br><br>            Plaintiff,<br><br>     v.<br><br>J. PICKETT, et al.,<br><br>            Defendants. | No. 2:17-cv-0319 JAM AC P<br><br>ORDER |

On October 6, 2020, Defendants filed a motion to vacate and modify the discovery and scheduling order. ECF No. 128. GOOD CAUSE APPEARING, defendants' motion to vacate and modify the discovery and scheduling order, to extend the discovery and dispositive motions deadlines, (ECF No. 128) is GRANTED.

IT IS ORDERED that the current discovery and dispositive motions deadlines are vacated. Defendants have until December 22, 2020, to take Plaintiff's deposition, either in person or by videoconference, pursuant to Federal Rule of Civil Procedure 30(a), upon condition that at least fourteen days before such a deposition, defendants have served plaintiff with the notice required by Federal Rule of Civil Procedure 30(b)(1). Pretrial motions, except motions to compel discovery, shall be filed on or before March 16, 2021.

////

All other provisions of the June 29, 2020 discovery and scheduling order (ECF No. 115) remain in effect.

DATED: October 9, 2020

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE