IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**LUIS MANUEL GARCES,**

Plaintiff,

v.

**J. PICKETT, et al. ,**

Defendants.

Case No. 2:17-cv-0319 JAM AC P

**[PROPOSED]** ORDER GRANTING DEFENDANTS' MOTION TO EXTEND ONE DEADLINE ORDERED IN ECF NO. 148

    Defendants S. Chapman and J. Pickett (Defendants) filed a request for a 10-day extension of the deadline for Defendants to provide Plaintiff the ability to review any sensitive documents, as provided in ECF No. 148 at 2:6-9, and file the required notice within seven days of Plaintiff's review.

    Good cause appearing, **IT IS HEREBY ORDERED** that Defendants' request for an extension of time is **GRANTED**, and that the deadlines set forth in items 2. and 3. in this Court's order at ECF No. 148 are extended as follows:

    1.    By June 7, 2021, Defendants shall provide Plaintiff the ability to review any sensitive documents, as provided in ECF No. 145 at 12:22-13:2, and file the required notice within seven days of plaintiff's review; and

1

[Proposed] Order re. Defs.' Mot. to Ext. One Deadl. in ECF No. 148  (2:17-cv-00319 JAM AC (P))

3. By June 25, 2021, Plaintiff may file any necessary motion for sanctions if Defendants fail to comply with this order.

DATED: June 1, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2

[Proposed] Order re. Defs.' Mot. to Ext. One Deadl. in ECF No. 148  (2:17-cv-00319 JAM AC (P))