IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LUIS MANUEL GARCES,** | Case No. 2:17-cv-0319 JAM AC P |
| Plaintiff, | **[PROPOSED] ORDER GRANTING REQUEST TO SEAL DOCUMENT IN SUPPORT OF DEFENDANTS' NOTICE OF PLAINTIFF'S REVIEW OF SENSITIVE DOCUMENT** |
| v. | |
| **J. PICKETT, et al. ,** | |
| Defendants. | |

Defendants Chapman and Pickett (Defendants) moved the Court to file a redacted document bates stamped as AGO_POD_000069-70 under seal to be submitted as Exhibit A to the Declaration of Nasstaran Ruhparwar in support of Defendants' Notice of Plaintiff's Review of Sensitive Document.  The content is privileged under the Official-Information-Privilege.  Further, the Court permitted and instructed Defendants to submit the document under seal in its order from March 16, 2021 (ECF No. 145, at 13:1-2).  Good cause appearing therefore, the Court GRANTS Defendants' request to file the redacted document bates stamped as AGO_POD_000069-70 under seal.

//

//

//

1

[Proposed] Order re. Defs.' Req. to Seal Doc. (2:17-cv-00319 JAM AC (P))

Defendants shall submit the documents to the Clerk of the Court in accordance with Local Rule 141(e)(2).  The Clerk of the Court is directed to keep the documents under seal for the duration of this litigation and then destroy the records at the conclusion of the case, or return it to defense counsel for disposal.  Only Defendants, Defendants' counsel, and the Court are permitted access to the documents.

IT IS SO ORDERED.

DATED: June 15, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order re. Defs.' Req. to Seal Doc. (2:17-cv-00319 JAM AC (P))