UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MANUEL GARCES,<br><br>    Plaintiff,<br><br>    v.<br><br>J. PICKETT, et al.,<br><br>    Defendants. | No. 2:17-cv-319 JAM AC P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed a motion for default judgment. ECF No. 159. Plaintiff's request for entry of default has been denied because defendants are not in default, ECF No. 160, and the motion for default judgment is therefore DENIED.

IT IS SO ORDERED.

DATED: July 2, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1