IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LUIS MANUEL GARCES,**<br><br>Plaintiff,<br><br>v.<br><br>**J. PICKETT, et al. ,**<br><br>Defendants. | Case No. 2:17-cv-00319 JAM AC (P)<br><br>[PROPOSED] **ORDER GRANTING DEFENDANTS' FIRST MOTION TO EXTEND VARIOUS DEADLINES IN ECF NO. 161** |

    Defendants S. Chapman and J. Pickett (Defendants) filed a request for a three-day extension of time to take Plaintiff's deposition that will set the revised deadline as August 12, 2021. They also request a thirty-two-day extension of time to file a motion to compel that will set the revised deadline as August 27, 2021.

//
//
//
//
//
//
//

1

**IT IS HEREBY ORDERED** that:

1. Defendants' request for an extension of time, ECF No. 165, is **GRANTED**;

2. By August 12, 2021, Defendants shall take Plaintiff's deposition; and

3. By August 27, 2021, Defendants may file any necessary motions to compel Plaintiff's further responses to Defendants' requests for production and interrogatories.

DATED: July 27, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order re. Defs.' 1st to Ext. Var. Deadl. in ECF No. 161 (2:17-cv-00319 JAM AC (P))