UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL GARCES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>J. PICKETT, et al.,<br><br>　　　　Defendant. | No.  2:17-cv-0319 JAM AC P<br><br><br>ORDER |

　　　Plaintiff has filed objections to the Magistrate Judge's order filed June 15, 2021 (ECF No. 156).  ECF No. 164.  Federal Rule of Civil Procedure 72(a) permits a party to object to non-dispositive orders issued by magistrate judges and requires that the district judge "modify or set aside any part of the order that is clearly erroneous or is contrary to law."  Plaintiff's objections, which outline his many issues with discovery, have no bearing on the appropriateness of the Magistrate Judge's order granting defendants' motion to seal and therefore fail to demonstrate that the order was clearly erroneous or contrary to law.

　　　Accordingly, IT IS HEREBY ORDERED that plaintiff's objections are overruled and the June 15, 2021 Order is affirmed.

DATED: July 29, 2021　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

1