IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **LUIS MANUEL GARCES,** | 2:17-cv-0319 JAM AC P |
| Plaintiff, | ~~[PROPOSED]~~ **ORDER** |
| v. | |
| **J. PICKETT, et al.,** | |
| Defendants. | |

On May 13, 2022, Defendants moved for an extension of time, up to and including July 22, 2022 to depose Plaintiff.

**GOOD CAUSE APPEARING,**

Defendants' motion for an extension of time to depose Plaintiff (ECF No. 183) is **GRANTED**. Defendants shall depose Plaintiff on or before July 22, 2022.

DATED: May 16, 2022

_Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1