UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MANUEL GARCES, | No. 2:17-cv-0319 TLN AC P |
| Plaintiff, | |
| v. | ORDER |
| J. PICKETT, et al., | |
| Defendants. | |

    Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed a request for an extension of time to make corrections to his deposition transcript (ECF No. 190) and a request to submit materials for trial that includes the proposed materials (ECF No. 191).

    Plaintiff states that he received a copy of the deposition transcript on August 2, 2022, and states that he requires fourteen days to review the transcript to correct any errors. ECF No. 190. Federal Rule of Civil Procedure 30(e) provides that a deponent has thirty days following notification that the transcript is available for review in which to make any corrections. Plaintiff's request for fourteen days in which to make corrections is therefore appears unnecessary. In light of plaintiff's representation that he has received the deposition transcript for review, defendants are relieved of their obligation to notify the court regarding the status of plaintiff's ability to review the transcript. See ECF No. 189.

Plaintiff has also filed a request to submit trial materials. ECF No. 191. The request is premature since it has yet to be determined whether this case will proceed to trial. The motion will therefore be denied. Plaintiff is advised that in the event this case proceeds to trial, further orders will issue with instructions as to what materials should be submitted to the court and he should not submit trial materials until that time. The court will not store his materials for him for later use.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time to review his deposition transcript (ECF No. 190) is DENIED as unnecessary.

2. Defendants are no longer required to notify the court regarding the status of plaintiff's ability to review his deposition transcript. See ECF No. 189.

3. Plaintiff's motion to submit trial materials (ECF No. 191) is DENIED.

DATED: August 10, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE