UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MANUEL GARCES,<br><br>    Plaintiff,<br><br>  v.<br><br>J. PICKETT, et al.,<br><br>    Defendants. | No.  2:17-cv-0319 DAD AC P<br><br><br>ORDER |

  The dispositive motions deadline in this case was vacated pending resolution of outstanding discovery disputes.  ECF No. 145.  The discovery disputes have now been resolved and the time for filing any additional discovery motions has passed.

  Accordingly, IT IS HEREBY ORDERED that the parties may file dispositive motions within forty-five days of the filing of this order.

DATED:  September 6, 2022.

              _____
              ALLISON CLAIRE
              UNITED STATES MAGISTRATE JUDGE

1