UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MANUEL GARCES, | No. 2:17-cv-0319 DAD AC P |
| Plaintiff, | |
| v. | ORDER |
| J. PICKETT, et al., | |
| Defendants. | |

Plaintiff filed a motion for a twenty-one day extension of time to file objections to the October 26, 2023 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 221) is GRANTED; and

2. Plaintiff is granted twenty-one days from the service of this order in which to file objections.

DATED: November 21, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE